# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Michael L. Monds, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:18-cv-00579-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Bennet, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order entered on March 15, 2021.

March 15, 2021

*Frank G. Johns*

Frank G. Johns, Clerk of Court